AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.

THEODORE JOHN BUEHLER

*Defendant(s)*

Case No. 3:26-mj-00300

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____________ in the county of Yamhill in the ____________ District of Oregon, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C § 2252A(a)(2) | Distribution of child pornography |
| 18 U.S.C § 2252A(a)(5)(B) | Possession of child pornography |
| 18 U.S.C. § 1470 | Transfer of obscene material |
| 18 U.S.C. § 2422(b) | Coercion and enticement |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

/s/ Kara Fischer by telephone
*Complainant's signature*

SA Kara Fischer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 5:15 pm a.m./p.m.

Date: November 2, 2026

Youlee Yim You
*Judge's signature*

City and state: Portland, Oregon

Honorable Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*